Michael Kelly, Appellee, v. Thomas J. Friel and
Charles C. Renshaw, Trustees, Trading as Chicago
Surface Lines, Appellants.

Gen. No. 43,736. 

 █ opinion filed
November 19, 1946; released for publication December 3, 1946. James O.
Dwight, John W. Costello and Arthur J. Donovan, for appellants;
William J. Flaherty, of counsel; Francis J. Gariepy and Charles E.
Mallon, for appellee. Opinion by JUSTICE SCANLAN. Not to be pub-
lished in full.